IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD A. ROSEN, on behalf of the Ferguson Enterprises, Inc. 401(k) Retirement Savings Plan and on behalf of all other similarly situated employee benefit plans, | : : : : : : | Civil Action No. 15-cv-1839 VAB |
| Plaintiff, | : : | |
| vs. | : : | |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, PRUDENTIAL BANK & TRUST, FSB, CAPFINANCIAL PARTNERS, LLC d/b/a CAPTRUST FINANCIAL ADVISORS, and FERGUSON ENTERPRISES, INC., | : : : : : : : : | |
| Defendants. | : | |
| RANDALL C. MUIR, on behalf of the Ferguson Enterprises, Inc. 401(k) Retirement Savings Plan and all other similarly situated plans, | : : : : | Civil Action No. 16-cv-0319 VAB |
| Plaintiff, | : : | |
| vs. | : : | |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, PRUDENTIAL BANK & TRUST, FSB, and PRUDENTIAL INVESTMENT MANAGEMENT SERVICES, LLC, | : : : : : : : | |
| Defendants. | : | |

**[Proposed] Order Granting
Unopposed Motion to Consolidate Related Cases**

Having considered the unopposed motion of plaintiff Richard A. Rosen in *Rosen v. Prudential Retirement Insurance & Annuity Co.*, No. 15-cv-1839 VAB (D. Conn.) (the "*Rosen* Action"), and plaintiff Randall C. Muir in *Muir v. Prudential Retirement Insurance & Annuity Co.*, No. 16-cv-0319 VAB (D. Conn.) (the "*Muir* Action"), and for good cause shown, the Court grants the motion and orders under Federal Rule of Civil Procedure 42(a) and Local Civil Rule 42(a) that:

1. The *Rosen* Action and the *Muir* Action shall be consolidated for all purposes, including trial.

2. The April 6, 2016 Amended Class Action Complaint in the *Rosen* Action (*Rosen* Dkt. No. 35) shall be designated as the operative complaint in the consolidated action.

3. Defendants shall be relieved of any requirement to respond to the complaint in the *Muir* Action (*Muir* Dkt. No. 1).

4. All pleadings and other papers in the consolidated action shall be filed in the *Rosen* Action, which is designated as the master docket.

Dated: _____May 17_____, 2016

/s/ Victor A. Bolden
The Honorable Victor A. Bolden
United States District Judge