IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RANDALL C. MUIR, on behalf of the Ferguson Enterprises, Inc. 401(k) Retirement Savings Plan and all other similarly situated plans, | : Civil Action No. 16-cv-0319 VAB :  : **Plaintiff's Notice of Voluntary** : **Dismissal Without Prejudice** : |
| Plaintiff, | : |
| vs. | : : |
| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY, PRUDENTIAL BANK & TRUST, FSB, and PRUDENTIAL INVESTMENT MANAGEMENT SERVICES, LLC, | : : : : : : |
| Defendants. | : : |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Randall C. Muir hereby voluntarily dismisses his action without prejudice. Plaintiff further states that:

1. The restrictions on voluntary dismissal under Federal Rule of Civil Procedure 23(e) are inapplicable to this action because no class has been certified in this action or in *Rosen v. Prudential Retirement Insurance & Annuity Co.*, No. 15-cv-1839 VAB (D. Conn.) (the "*Rosen* Action"), with which this action has been consolidated (*see* Dkt. No. 11).

2. This notice of voluntary dismissal has no bearing on the *Rosen* Action, which is expected to continue to proceed.

///

///

- 1 -

Dated:  November 7, 2016               Respectfully submitted,

BERLANDI NUSSBAUM & REITZAS LLP
Jamie J. Spannhake

_____s/ Jamie J. Spannhake_____
Jamie J. Spannhake

527 Route 22, Suite 2
Pawling, New York 12564
Telephone:   (212) 804-6329
Facsimile:     (646) 461-2312
Email:           jspannhake@bnrllp.com

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr.
Albert Y. Chang
Yury A. Kolesnikov
7817 Ivanhoe Avenue, Suite 102
La Jolla, California  92037
Telephone:    (858) 914-2001
Facsimile:     (858) 914-2002
Email:             fbottini@bottinilaw.com
                       achang@bottinilaw.com
                       ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Randall C. Muir*